UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RUEMONDO JUAN MURRAY,
JENNIFER LYNN APRILL, and
DAMION ANTHONY SINCLAIR,

Defendants.
_______________________________/

Case No. 2:24-CR-16
Hon. ROBERT J. JONKER
U.S. District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Methamphetamine Conspiracy)

Beginning in or about February 2024, and continuing to in or about May 2024, in Marquette and Dickinson Counties, in the Northern Division of the Western District of Michigan, and elsewhere, the Defendants,

**RUEMONDO JUAN MURRAY,**
**JENNIFER LYNN APRILL, and**
**DAMION ANTHONY SINCLAIR,**

knowingly and intentionally combined, conspired, confederated, and agreed with each other and other persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

Concerning MURRAY and SINCLAIR, the Grand Jury further alleges that the amount of methamphetamine involved in the conspiracy was 50 grams or more of methamphetamine, a Schedule II controlled substance.

MURRAY committed this offense while on release pursuant to an order dated August 13, 2020—as modified January 14, 2021, and December 20, 2023—from the United States District Court for the Eastern District of Michigan, in Case No. 19-cr-20732-1, which order notified MURRAY of the potential effect of committing an offense while on release.

Before MURRAY committed this offense, he was convicted of unarmed robbery, in violation of Michigan Compiled Laws section 750.530, a serious violent felony. He was sentenced on or about November 17, 2014, in the State of Michigan Sixteenth Judicial Circuit Court in Macomb County, Case No. 2013-004301-FH, and he served a term of imprisonment of more than 12 months.

18 U.S.C. § 3147(1)
21 U.S.C. § 802(59)
21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(C)
21 U.S.C. § 846

**COUNT 2**

(Possession with Intent to Distribute Methamphetamine)

On or about May 30, 2024, in Delta County, in the Northern Division of the Western District of Michigan, the Defendant,

**RUEMONDO JUAN MURRAY,**

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

MURRAY committed this offense while on release pursuant to an order dated August 13, 2020—as modified January 14, 2021, and December 20, 2023—from the United States District Court for the Eastern District of Michigan, in Case No. 19-cr-20732-1, which order notified MURRAY of the potential effect of committing an offense while on release.

Before MURRAY committed this offense, he was convicted of unarmed robbery, in violation of Michigan Compiled Laws section 750.530, a serious violent felony. He was sentenced on or about November 17, 2014, in the State of Michigan Sixteenth Judicial Circuit Court in Macomb County, Case No. 2013-004301-FH, and he served a term of imprisonment of more than 12 months.

18 U.S.C. § 3147(1)
21 U.S.C. § 802(59)
21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

HANNA L. RUTKOWSKI
Assistant United States Attorney